IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | CASE NO.: |
| v. | ) | 5:26-CR-00025-MTT-CHW-1 |
| | ) | |
| QUAYSHAN VARQUI ADAMS | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of nonparty Georgia Department of Human Services' Motion to Enter Consent Protective Order, Withdraw Expedited Motion, and Vacate Hearing, the motion is GRANTED.

The Court enters the Consent Protective Order submitted with the motion. DFCS's expedited motion to modify the production order, ECF No. 29, is withdrawn. The hearing scheduled for September 28, 2026 is VACATED.

SO ORDERED, this 24th day of September, 2026.

Charles H. Weigle
United States Magistrate Judge